[No. 6274.]

## S. G. HARPER v. JULIUS STRUTZ AND H. A. FOX.

RIGHTS OF HEIR PENDING ADMINISTRATION OF ESTATE.—Pending the administration of an estate, the right to the possession of the property is exclusively in the administrator, and the heir cannot maintain an action of ejectment or to quiet title.—[REPORTER.]

APPEAL from the District Court of the Sixth Judicial District, Sacramento County.

The action was brought to quiet title to a lot in Sacramento, which was part of the undistributed estate of Rosanna Keenan, one Bronner being the administrator with the will annexed. Judgment was rendered for defendants, and plaintiff appealed.

*J. H. McCune* and *DuBrutz & Dickson*, for Appellant.

*Geo. Cadwalader*, for Respondents, cited *Meeks* v. *Kerby*, 47 Cal. 169; *Chapman* v. *Hollister*, 42 Cal. 463; *Cunningham* v. *Ashley*, 45 Cal. 491.

By the COURT:

The judgment is affirmed, because it appears by the record that at the time the action was brought there had been no distribution of the estate of Rosanna Keenan, deceased, and Bronner was still administrator of her estate, with the will annexed. Judgment affirmed. Remittitur forthwith.